UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

LUIS LICEA,

        Plaintiff,

   v.

FACEBOOK INC.,

        Defendant.

Case No. 19-cv-00117-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Alsup for consideration of whether the case is related to *Echavarria v. Facebook, Inc.*, No. 3:18-cv-05982-WHA.

**IT IS SO ORDERED.**

Dated: January 17, 2019

LAUREL BEELER
United States Magistrate Judge