LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Facebook, Inc.*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS LICEA., individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 19-CV-00117-WHA<br>　*Related to*:<br>No. C 18-05982-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES** |
| CARLA ECHAVARRIA, an individual and California Resident and DERRICK WALKER, an individual and Virginia Resident,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. C 18-05982 WHA<br>　*Related to*:<br>No. C 18-06022 WHA<br>No. C 18-06172 WHA<br>No. C 18-06246 WHA<br>No. C 18-06263 WHA<br>No. C 18-06511 WHA<br>No. C 18-06583 WHA<br>No. C 18-06657 WHA<br>No. C 18-06887 WHA<br>No. C 18-06953 WHA |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO. 19-cv-00117-WHA

WHEREAS, on September 28, 2018, *Echavarria v. Facebook, Inc.*, Case No. 18-cv-05982-WHA ("*Echavarria*") was filed in the United States District Court for the Northern District of California and assigned to the Honorable William Alsup;

WHEREAS, in subsequent weeks, nine other putative class actions arising out of the same facts and circumstances as the *Echavarria* case (together, the "Related Cases") were filed in or removed to this Court, and each was deemed related to *Echavarria*;

WHEREAS, on October 18, 2018, *Luis Licea v. Facebook, Inc.*, Case No. 18STCV01331 ("*Licea*") was filed in Los Angeles Superior Court;

WHEREAS, on December 13, 2018, Facebook, Inc. ("Facebook") removed *Licea* to the United States District Court for the Central District of California (*see Licea*, Dkt. 1);

WHEREAS, on January 2, 2019, counsel for Facebook and counsel for Luis Licea stipulated to transfer *Licea* to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a), on the grounds that *Echavarria* and the Related Cases are pending in this Court (*see Licea*, Dkt. 11);

WHEREAS, on January 8, 2019, the Honorable R. Gary Klausner ordered *Licea* transferred to the United States District Court for the Northern District of California (*see Licea*, Dkt. 12);

WHEREAS, on January 10, 2019, *Licea* was assigned to the Honorable Magistrate Judge Laurel Beeler (*see Licea*, Dkt. 14);

WHEREAS, on January 10, 2019, Judge Alsup issued a Case Management Scheduling Order, which consolidated *Echavarria* and the Related Cases (together, the "Consolidated Cases") under Case No. C 18-05982 WHA and placed those cases on a single schedule for purposes of case management (*see Echavarria*, Dkt. 67);

WHEREAS, on January 17, 2019, Magistrate Judge Beeler referred *Licea* to Judge Alsup for consideration of whether *Licea* is related to *Echavarria* (*see Licea*, Dkt. 16; *Echavarria*, Dkt. 73);

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO. 19-cv-00117-WHA

1  WHEREAS, on January 17, 2019, Judge Alsup issued a Related Case Order relating *Licea*
2  to *Echavarria* (*see Licea*, Dkt. 17; *Echavarria*, Dkt. 74);

3  WHEREAS, *Licea* was reassigned to Judge Alsup, and the case number was updated to:
4  19-cv-00117-WHA (*see Licea*, Dkt. 17; *Echavarria*, Dkt. 74);

5  WHEREAS Fed. R. Civ. P. 42(a)(2) provides that "[i]f actions before the court involve a
6  common question of law or fact, the court may . . . consolidate the actions";

7  WHEREAS, *Licea* arises from common questions of law or fact as those alleged in the
8  Consolidated Cases; and

9  WHEREAS, Facebook, Luis Licea, and plaintiffs in the Consolidated Cases wish to
10 consolidate *Licea* with the Consolidated Cases for administrative efficiency and so that *Licea* may
11 proceed on the same schedule identified in the Case Management Scheduling Order.

12 **IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:**

13 *Licea* (Case No. 19-cv-00117-WHA) shall be consolidated with the Consolidated Cases
14 (Case No. C 18-05982 WHA) for all purposes, including pretrial proceedings, trial, and appeal,
15 pursuant to Federal Rule of Civil Procedure 42(a)(2).  Upon such consolidation, the Case
16 Management Scheduling Order for Case No. C 18-05982 WHA shall apply to *Licea*.  (*See*
17 *Echavarria*, Dkt. 67).

18 DATED:  February 11, 2019     **LATHAM & WATKINS LLP**

19                                By: */s/* Melanie M. Blunschi
20                                Elizabeth L. Deeley (CA Bar No. 230798)
                                       *elizabeth.deeley@lw.com*
21                                Melanie M. Blunschi (CA Bar No. 234264)
                                       *melanie.blunschi@lw.com*
22                                505 Montgomery Street, Suite 2000
                                   San Francisco, California 94111-6538
23                                Telephone:  +1.415.391.0600
24                                Facsimile:  +1.415.395.8095

25                                *Attorneys for Defendant Facebook, Inc.*

26 DATED:  February 11, 2019     **GIRARDI | KEESE**

27                                By:  */s/ Keith D. Griffin*

28

2

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO.  19-cv-00117-WHA

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

```
1
2    Thomas V. Girardi
     Keith D. Griffin (CA Bar No. 204388)
3    1126 Wilshire Boulevard
     Los Angeles, CA 90017
4    Telephone: +1.213.977.0211
     Facsimile: +1.213.481.1554
5    kgriffin@girardikeese.com

6    LIVINGSTON BAKHTIAR
     Ebby S. Bakhitar
7    3435 Wilshire Boulevard
     Suite 1669
8    Los Angeles, CA 90017
     Telephone: +1.213.632.1550
9    Facsimile: +1.213.632-3100
     esb@lb-lawyers.com
10
11   Attorneys for Plaintiff Luis Licea
```

Dated: February 11, 2019          **MORGAN & MORGAN**
                                  **COMPLEX LITIGATION GROUP**

                                  By: /s/ *Ryan J. McGee*
                                  John A. Yanchunis (Pro Hac Vice)
                                  *JYanchunis@ForThePeople.com*
                                  Ryan J. McGee (Pro Hac Vice)
                                  201 N. Franklin Street, 7th Floor
                                  Tampa, Florida 33602
                                  Telephone: 813-223-5505
                                  Facsimile: 813-223-5402

                                  *Counsel for Echavarria and the Class*

Dated: February 11, 2019          **CAPSTONE LAW APC**

                                  By: /s/ *Ryan J. McGee (as authorized)*
                                  Tarek Zohdy (CA Bar No. 247775)
                                  *Tarek.Zohdy@CapstoneLawyers.com*
                                  1875 Century Park East, Suite 1000
                                  Los Angeles, California 90067
                                  Telephone: 310-556-4811
                                  Facsimile: 310-943-0396

                                  *Counsel for Bass, Jr. and the Class*

Dated: February 11, 2019          **STULL, STULL & BRODY**

3

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO. 19-cv-00117-WHA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|  |  |
|---|---|
|  | By: /s/ *Ryan J. McGee (as authorized)*<br>Melissa R. Emert (Pro Hac Vice)<br>*MEmert@ssbny.com*<br>6 East 45th St, 4th Floor<br>New York, New York 10017<br>Telephone: 212-687-7230<br>Facsimile: 212-490-2022 |
|  | *Counsel for Bendetowies and the Class* |
| Dated: February 11, 2019 | **KOHN, SWIFT & GRAF, P.C.**<br><br>By: /s/ *Ryan J. McGee (as authorized)*<br>Jonathan Shub (CA Bar No. 237708)<br>*JShub@KohnSwift.com*<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103-7225<br>Telephone: 215-238-1700<br>Facsimile: 215-238-1968 |
|  | *Counsel for Elkassem and the Class* |
| Dated: February 11, 2019 | **FRANKLIN D. AZAR & ASSOCIATES**<br><br>By: /s/ *Ryan J. McGee (as authorized)*<br>Ivy Ngo (CA Bar No. 249860)<br>*NgoI@FDAzar.com*<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone: 303-757-3300<br>Facsimile: 720-213-5131 |
|  | *Counsel for King and the Class* |
| Dated: February 11, 2019 | **MILBERG TADLER PHILLIPS GROSSMAN LLP**<br><br>By: /s/ *Ryan J. McGee (as authorized)*<br>Ariana J. Tadler<br>ATadler@milberg.com<br>One Penn Plaza<br>New York, NY 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229 |
|  | *Counsel for McGuire and the Class* |

4

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO.  19-cv-00117-WHA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 11, 2019 | **ROBINSON CALCAGNIE, INC.** |
| 3 | | By: /s/*Ryan J. McGee (as authorized)* |
| 4 | | Daniel S. Robinson<br>*DRobinson@RobinsonFirm.com* |
| 5 | | 19 Corporate Plaza Drive<br>Newport Beach, CA 92660 |
| 6 | | Telephone: 949-720-1288<br>Facsimile: 949-720-1292 |
| 7 | | |
| 8 | | *Counsel for Joseph Melendez and the Class* |
| 9 | Dated:  February 11, 2019 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 10 | | By: */s/ Ryan J. McGee (as authorized)* |
| 11 | | Andrew N. Friedman (Pro Hac Vice)<br>*AFriedman@CohenMilstein.com* |
| 12 | | 1100 New York Avenue NW, Suite 500<br>Washington, DC 20005 |
| 13 | | Telephone: 202-408-4600<br>Facsimile: 202-408-4699 |
| 14 | | |
| 15 | | *Counsel for Meneses and the Class* |
| 16 | Dated: February 11, 2019 | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP** |
| 17 | | By: */s/ Ryan J. McGee (as authorized)* |
| 18 | | Gayle M. Blatt |
| 19 | | 110 Laurel Street<br>San Diego, CA 92101 |
| 20 | | Telephone: 619-238-1811<br>Facsimile: 619-544-9232 |
| 21 | | |
| 22 | | *Counsel for Joseph Schmidt and the Class* |
| 23 | Dated:  February 11, 2019 | **GLANCY PRONGAY & MURRAY LLP** |
| 24 | | By: */s/ Ryan J. McGee (as authorized)* |
| 25 | | Marc L. Godino<br>*MGodino@GlancyLaw.com* |
| 26 | | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 27 | | Telephone: 212-682-5340<br>Facsimile: 212-884-0988 |
| 28 | | |

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO.  19-cv-00117-WHA

*Counsel for Wiik and the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
Hon. William Alsup
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file Stipulation and [Proposed] Order to Consolidate Related Cases regarding signatures. I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: February 11, 2019            /s/ Melanie M. Blunschi
                                    Melanie M. Blunschi (CA Bar No. 234264)

8

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONSOLIDATE RELATED CASES
CASE NO. 19-cv-00117-WHA